```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 56688
   KATHY A WERCHEK
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-5205


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/15/05 and confirmed on 02/17/06.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  27740.00 .

    4.  The Trustee made disbursements to creditors as follows:


----------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
----------------------------------------------------------------------
WASHINGTON MUTUAL BANK   CURRENT MORTG         .00          .00           .00
GREAT LAKES CREDIT UNION SECURED          13500.00      1221.21      13500.00
FIFTH THIRD BANK         UNSECURED        30799.86          .00       5851.97
GMAC PAYMENT CENTER      UNSECURED         1502.10          .00        285.40
RUSH COPLEY MEDICAL CENT UNSECURED        NOT FILED         .00           .00
AFFILIATED RADIOLOGISTS  UNSECURED        NOT FILED         .00           .00
ANTIOCH CLINIC           UNSECURED        NOT FILED         .00           .00
FIA CARD SERVICES        UNSECURED        NOT FILED         .00           .00
ECAST SETTLEMENT CORP    UNSECURED         1743.92          .00        331.34
BLUE GREEN CORP          UNSECURED        NOT FILED         .00           .00
BANK ONE/JPM CHASE       UNSECURED         3192.15          .00        606.51
PORTFOLIO RECOVERY ASSOC UNSECURED         6922.72          .00       1315.32
CONDELL MEDICAL CENTER   UNSECURED        NOT FILED         .00           .00
ADVOCATE RAVENSWOOD HOSP UNSECURED        NOT FILED         .00           .00
HOME DEPOT               UNSECURED        NOT FILED         .00           .00
LAKE COUNTY RADIOLOGY    UNSECURED        NOT FILED         .00           .00
LAKE VILLA RESCUE SQUAD  UNSECURED        NOT FILED         .00           .00
ECAST SETTLEMENT CORPORA UNSECURED          473.44          .00         89.95
MIDWEST PEDIATRIC CARDIO UNSECURED        NOT FILED         .00           .00
PORTFOLIO RECOVERY ASSOC UNSECURED         3159.69          .00        600.34
----------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
----------------------------------------------------------------------
RETAIL SERVICES          UNSECURED        NOT FILED         .00           .00
RUSH PEDIATRIC MEDICAL S UNSECURED        NOT FILED         .00           .00
PORTFOLIO RECOVERY ASSOC UNSECURED         5433.07          .00       1032.28
SUPERIOR AIR GROUND AMBU UNSECURED        NOT FILED         .00           .00
UNIVERSITY ANESTHESIOLOG UNSECURED         3340.97          .00        634.78
UNIV OF CHICAGO PHYSICIA UNSECURED        NOT FILED         .00           .00
UNIVERSITY PATHOLOGISTS  UNSECURED        NOT FILED         .00           .00
```

```
WICKES FURNITURE          UNSECURED        NOT FILED             .00              .00
GREAT LAKES CREDIT UNION  UNSECURED         5406.54              .00          1027.24
       Summary of disbursements:
-----------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED         OTHER         TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  13500.00         .00    61974.46           .00      75474.46
PRINCIPAL PAID      13500.00         .00    11775.13           .00      25275.13
INTEREST PAID        1221.21         .00         .00           .00       1221.21
TOTAL PAID          14721.21         .00    11775.13           .00      26496.34
```

The Debtor's attorney, COHEN & KROL                  , was allowed $         .00
and was paid $        .00 .

The Trustee received $   1231.29 .

Refunds to the Debtor totaled $      12.37 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/16/09                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE